UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Jean C. Blanchard,**

    Plaintiff,                                         Case No. 2:24-cv-3684

    v.                                                 Judge Michael H. Watson

**Alisah Auto Sale, LLC,** *et al.*,            Magistrate Judge Jolson

    Defendants.

## ORDER

After performing an initial screen of this pro se case pursuant to 28 U.S.C. § 1915, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending the Court dismiss Jean C. Blanchard's ("Plaintiff") Complaint for lack of subject-matter jurisdiction. R&R, ECF No. 3. The R&R notified Plaintiff of the right to object and that a failure to object would result in forfeiture of both the right to de novo review and the right to appeal an adoption of the R&R. *Id.* at 4.

The deadline for objecting has passed, and Plaintiff failed to object. The R&R is therefore **ADOPTED**, and the Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction. The Clerk shall terminate this case.

    **IT IS SO ORDERED.**

                                              */s/ Michael H. Watson*
                                              **MICHAEL H. WATSON, JUDGE**
                                              **UNITED STATES DISTRICT COURT**